IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JOYCE NESBY                                                    PLAINTIFF

VS.                               CIVIL ACTION NO. 5:05-cv-64(DCB)(JMR)

THAMES AUTOPLEX, INC., AND
MITSUBISHI MOTORS CREDIT OF AMERICA                           DEFENDANTS

ORDER OF REMAND

This cause having come on for hearing on the plaintiff's motion to remand, and the motion having been granted in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED that this action is REMANDED to the Circuit Court of Warren County, Mississippi.

SO ORDERED, this the   17th   day of March, 2006.


                                    s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE